566 F.2d 1044
 Angela M. WILLIAMS et al., Plaintiff-Appellant,
v.
Joseph A. CALIFANO, Jr., Secretary of Health, Education and
Welfare, Defendant-Appellee.
 No. 77-1618
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 26, 1978.
 James W. Blackman, Trial Atty., N. O. Legal Assistance Corp., Jack M. Stolier, Lois C. Davis, New Orleans, La., for plaintiff-appellant.
 Gerald J. Gallinghouse, U. S. Atty., New Orleans, La., William Kanter, Alice L. Mattice, Attys., Barbara Allen Babcock, Asst. Atty. Gen., Dept. of Justice, Civ. Div., App. Sect., Washington, D. C., for defendant-appellee.
 Before THORNBERRY, RONEY, and HILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the District Court for the reasons stated in its memorandum opinion which is reported at --- F.Supp. ---- (E.D.La.1977).
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409